IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| AXIS SURPLUS INSURANCE COMPANY | § § § | PLAINTIFF |
| v. | § § | Civil No. 1:23-cv-00058-HSO-BWR |
| DIAMONDHEAD COMMERCIAL DEVELOPMENT, LLC | § § § | DEFENDANT |
| DIAMONDHEAD COMMERCIAL DEVELOPMENT, LLC | § § § | COUNTERCLAIMANT |
| v. | § § | |
| AXIS SURPLUS INSURANCE COMPANY, CADENCE INSURANCE, INC., JUSTIN E. LADNER, and ELIZABETH N. WILLIAMS | § § § § § § | COUNTER DEFENDANTS |

**FINAL JUDGMENT OF DISMISSAL**

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket. The parties have all agreed and stated their desire on the record that the Court expressly retain jurisdiction for 30 days over this matter to enforce the settlement agreement.

2

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties, and that the Court hereby specifically retains jurisdiction for 30 days to enforce the settlement agreement.

**SO ORDERED** this the 18th day of June, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE